IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02083–EWN–MEH

EDMUNDO GONZALEZ-MARTINEZ,

    Plaintiff,

v.

OFFICER VINCE MATTHEWS, in his
official and personal capacity, and
CITY AND COUNTY OF DENVER, a
municipality,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the court on the "Stipulation and Joint Motion to Dismiss" filed June 21, 2005. The court having read the Stipulation and Joint Motion filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 21st day of June, 2006.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                United States District Judge